UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:02CV-364-H

ELECTRICAL WORKERS LOCAL
369 BENEFIT FUND                                                                   PLAINTIFF

V.

EYEMART FAMILY VISION CARE, INC.                                         DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiff, Electrical Workers Local 369 Benefit Fund (the "Benefit Fund") has moved for summary judgment on the grounds that Defendant, Eyemart Family Vision Care, Inc. ("Eyemart") has received reimbursement for care not allowed under the plan of benefits (the "Plan"). The critical issues concern whether the supplies provided were "medically necessary" as the Plan requires or whether the Benefit Fund approved of the reimbursement.

After carefully reviewing the memoranda, the Court concludes that two issues bear further investigation. First, a legitimate dispute appears to exist whether at least some of the supplies were medically necessary. The Benefit Fund did not address whether the safety lenses could fit that criteria. The Court will need to hear the precise nature of the supplies provided and why each was medically unnecessary. For many of the items that should be an easy task.

Second, while it is true that Eyemart may not rely upon a verbal change to the Plan, it may be entitled to rely upon specific approval to provide certain supplies. The Court will need to hear brief testimony on the nature of any such approval to determine whether it is specific

enough to bind the Benefit Fund to make payment.

The Court concludes that a better decision will result from an evidentiary hearing that the Court will schedule in the near future.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is DENIED at this time. The Court will schedule an evidentiary hearing by a separate order.

This 2nd day of February, 2004.

                                              JOHN G. HEYBURN II
                                              CHIEF JUDGE, U.S. DISTRICT COURT

cc:   Counsel of Record
       Third Party Defendants

ENTERED
FEB 3 2004
JEFFREY A. APPERSON, CLERK
BY DEPUTY CLERK